IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENIGNO LOPEZ, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>KEVIN KINK, J. GARRETT, MS. )<br>BROOKS, AND AMY BURLE, )<br>)<br>  Defendants. ) | Case No. 3:19-CV-00378-MAB |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated October 29, 2020 (Doc. 59), which granted Defendants' Motions for Summary Judgment on the Issue of Exhaustion, this action is **DISMISSED without prejudice.**

DATED: October 29, 2020

                                                                     **MARGARET M. ROBERTIE,**
                                                                     **Clerk of Court**

                                                                      BY:  /s/ *Jennifer Jones*
                                                                               **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**